UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

HOWARD J. DANZIG, )
 )
    Plaintiff, )
 )
v. ) Case No. 1:06CV11 RWS
 )
CITY OF DEXTER, MISSOURI, et al., )
 )
    Defendants. )

## **MEMORANDUM AND ORDER**

Howard Danzig has filed several motions for leave to file documents with the Court. The motions will be granted. However, the motions are unnecessary. Danzig should become familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court before filing any more motions.

Danzig has also filed a motion for judgment on the pleadings. The motion is without merit and will therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Danzig's several motions for leave [## 23, 25, 28, 30 & 32] are **GRANTED**.

**IT IS FURTHER ORDERED** that Danzig's Motion for Judgment on the Pleadings [#26] is **DENIED**.

Dated this 15th day of March, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE