UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| HOWARD J. DANZIG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV11 RWS |
| | ) | |
| CITY OF DEXTER, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On March 16, 2006, I dismissed Plaintiff's claims against Defendants. However, because Plaintiff has appeared in this action pro se, I allowed him twenty days in which to file an amended complaint. I warned Plaintiff that if he failed to file an amended complaint, then I would dismiss this case with prejudice. Plaintiff has failed to file an amended complaint. As a result, this case shall be dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 14th day of April, 2006.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE